IN THE UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS
AT PEORIA

FILED
JUN 16 2020
CLERK OF COURT
U.S. DISTRICT COURT
CENTRAL DISTRICT OF ILLINOI

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Criminal No. 20-10041 |
| ) | VIO: 18 U.S.C. § 2101 |
| CA'QUINTEZ GIBSON, ) | |
| ) | |
| ) | |
| Defendant. ) | |

## INDICTMENT
**(Inciting a Riot)**

The Grand Jury charges:

At times relevant to this indictment:

1. On May 25, 2020, George Floyd died while in the custody of the Minneapolis Police Department. Following Mr. Floyd's death, public protests began in various areas of the United States.

2. In addition to peaceful protests, civil disorders occurred in the Central District of Illinois, including in Champaign, East Peoria, and Peoria. Numerous law enforcement officers were deployed in an effort to quell these civil disorders. These civil disorders caused damage to numerous businesses engaged in interstate commerce. In doing so, these civil disorders obstructed, delayed, and adversely affected interstate commerce.

1

3. Facebook is an Internet-based communication platform that can be accessed by computer, smart phone, and other devices that can connect to the Internet, and allows users to, among other things, post and receive messages to each other using unique screennames.

4. Facebook maintains servers through which messages travel and are stored. These servers are located in the State of California.

5. On May 31, 2020, Facebook user with the display name "Ca'Quintez Gibson Sr. " posted the following messages:

> 3:31 p.m. – Bra y'all letting little old Champaign out do us?" An attached video showed groups of people attempting to break into stores in a strip mall.
>
> 4:14 p.m. – "PSA !! !! WE FENNA SEND PEORIA UP TONIGHT..SHARE DIS…NORHTWOODS MALL AT 9!! !!
>
> 4:24 p.m. - "IMA GO LIVE AT 9 AND IF DON'T NOBODY SHOW UP I DON'T WANNA HEAR SHIT ABOUT NO JUSTICE NO PEACE"
>
> 5:26 p.m. – "SHARE SHARE SHARE NORTHWOODS MALL @ 9 !! !! !! !! !! !! !! [fist emoji] #SendTheCityUp"
>
> 6:28 p.m. – "'If 12 INFRONT OF ANYTHING WE HITTING THE NTEXT STORE !! !! !! !! [FIST EMOJI]
>
> 8;27 P.M. – "MEET UP AT METRO CENTRE @9 . . ONCE ENOUGH PEOPLE ARE THERE I WILL EXPLAIN THE DETAILS !! !! !! !! !! # BlackLivesMatter" [ fist emoji]

6. On or about May 31, 2020, at approximately 5:15 p.m., the defendant posted Facebook Live videos to Facebook utilizing a Facebook account with

display name "Ca'Quintez Gibson Sr". During the videos, Gibson said, among other things:

> "I'm not watchin' no other city on motherfuckin' TV. They sent that bitch up. Nigga. Let's send our shit up."
>
> "Somebody drop a location. Let me know something. Let me know something. Is we at City Fashion, 6:30? I', at Northwoods at 9:00."
>
> "You just talking about motherfuckin' hittingup Best Buy. Now we fittin' ta hit that shit nigga. I want to see everybody at that bitch."
>
> "All I need is 50 motherfuckers there at Northwoods Mall at 9:00, and we in that bitch. And, and, we in that bitch. Period. And wherever the fuck else you all wanna go."
>
> "Y'all getter get y'all gear ready. Better get y'all some garbage bags. Y'all better empty out your motherfuckin' trunks. It's going down. The city going up."
>
> "Y'all getter get y'all gear ready. Long as you all at Northwoods Mall, it's going up. Period. 'Cause I know it's more than just me gonna step. Period."
>
> "It's going up tonight. Long as you all at Northwoods Mall, it's going up. Period. 'Cause I know it's more than just me gonna step. Period."

7. Later, at about 9:18 p.m., Gibson broadcasted another Facebook Live video utilizing a Facebook account with display name "Ailani Mahiai." During the video, Gibson asked, "Where y'all at? You ain't trying to protest for shit." Gibson then stated they got everything "sewed" out there. Gibson also stated:

> "and for everybody talking about motherfucking going to loot the mall, fucking mall, fucking money? Look, I got money. C'mon, man. Nigga's got money. They ain't shit."

3

> "They already tore Champaign up…I'm not fittin' ta drive allthe way to Champaign to tear it up when they already tore it up. Tear this bitch up. Fuck, it's peaceful as hell."

8. At about 9:35 p.m., Gibson broadcasted another Facebook Live video utilizing a Facebook account with the name "Ailani Mahiai". Gibson told everyone to come to the Landmark, stating he needed 50 people and that this was everyone's opportunity. "Tear this bitch up."

9. At about eight minutes into the video, Facebook User with the display name "Bmmm Tee" posted, "Man, way? What's the move? Let's fuck some shit up." Gibson said:

> "I'm at the Landmark. That's the move. We gonna meetup here. When everybody get here we gonna discuss that shit. There's too many motherfuckers attack me to the police. Share my shit to the police all that shit. I'm trying to stand up for my motherfucks. Y'all better off going to watch the other cities."

10. Starting on or about May 31, 2020 at approximately 9:00 p.m. and continuing through June 1, 2020 at about 6:00 a.m., several businesses in the City of Peoria were burglarized and damaged.

11. On June 1, 2020, Facebook user with the display name "Ca'Quintez Gibson Sr." posed the following messages:

> 1:13 a.m. – [smiling emoji with tears} "YEAAAAAA SENT THIS BITCH UP !! !! !! !! !! !! #" [fist emjoji]
>
> 6:28 a.m. – "MISSION # SendPeoriaUp ACOMPLISHED" [flexing bicep emoji] .. I KNEW YALL WOULD ACT A ASS WITH ME YALL JUST NEEDED A LIL PUSH"

4

12. Starting on or about May 31, 2020 and continuing to on or about June 1, 2020, at Peoria, in the Central District of Illinois and elsewhere,

CA'QUINTEZ GIBSON,

defendant herein, using a facility of interstate commerce, including the Internet, did knowingly organize, promote, encourage, participate in, and carry on a riot and during the course of such use of a facility of interstate commerce, thereafter performed any overt act for the purpose of organizing, promoting, encouraging, participating in and carrying on a riot and committing any act of violence in furtherance of a riot;

In violation of Title 18, United States Code, Section 2101.

A TRUE BILL,

s/Foreperson

FOREPERSON

s/John C. Milhiser

JOHN C. MILHISER
UNITED STATES ATTORNEY
RLH