IN THE UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS
PEORIA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | Case No. 20CR10041 |
| ) | |
| CA'QINTEZ GIBSON, ) | |
| ) | |
| Defendant. ) | |

**MOTION TO MODIFY CONDITIONS OF BOND**

Now comes the Defendant, CA'QUINTEZ GIBSON, and, moves this Honorable Court to modify the conditions of bond to allow Mr. Gibson to work, provide child care and support for his children, and communicate with his attorney via email. In support, Defendant states the following:

1. On June 2, 2020, Mr. Gibson was charged with the offense of inciting a riot in violation of Title 18, United States Code, Section 2101;

2. On June 9, 2020, Mr. Gibson, was granted release on bond subject to strict conditions of home confinement;

3. On June 9, 2020, the Court also indicated that conditions of bond may be expanded after approximately 30 days of compliance upon motion;

4. On in formation and belief, Mr. Gibson remains in compliance with all conditions of bond;

5. Today, counsel confirmed with Mr. Gibson's employer, restaurant owner Mr. Wang, that Mr. Gibson has employment available to him with Osaka Hibachi & Sushi Bar if allowed by

the Court. When asked to confirm, Mr. Wang replied, "I hope he will come back to work. I will work for him. I confirm."

6. Prior to his arrest, Mr. Gibson provided child care and support for his 2 year old and 10 month old children and paid court ordered child support for his two other children ages 5 and 4 as noted in the pretrial services report.

7. Mr. Gibson communicates with counsel via phone calls and text but he is unable to receive documents via email and counsel has no office issued cell phone.

8. Assistant United States Attorney, Ron Hanna, has been contacted regarding this motion.

WHEREFORE, Mr. Gibson requests that conditions of his bond be modified to allow him to (1) work at the Osaka Hibachi & Sushi Bar on Fridays, Saturdays, and Sundays between 12:00 noon and 10:00 pm, and other times with appropriate notice to the probation officer and (2) to be placed on a curfew from 7:00 pm to 7:00 am Monday through Friday so that me may provide child care and participate in his children's lives when he is not working, and (3) to communicate with his attorney via email.

        Respectfully submitted,

        CA'QUINTEZ GIBSON

        Defendant.

By:

/s/Karl W. Bryning  
Assistant Federal Public Defender  
401 Main Street, Suite 1500  
Peoria, IL 61602  
Phone: 309-671-7891  
Fax:    309-671-7898  
Email: Karl_Bryning@fd.org

/s/Elisabeth R. Pollock  
Assistant Federal Public Defender  
300 West Main Street  
Urbana, IL 61801  
Phone: 217-373-0666  
Fax:    217-373-0667  
Email: Elisabeth_Pollock@fd.org

CERTIFICATE OF SERVICE

I hereby certify that on July 22, 2020, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

>Mr. Ron Hanna
>Office of the U.S. Attorney
>211 Fulton Street
>Peoria, Illinois 61602
>
>s/ Karl W. Bryning
>KARL W. BRYNING
>Assistant Federal Public Defender
>401 Main Street, Suite 1500
>Peoria, Illinois
>Phone: (309) 671-7891
>E-Mail: karl_bryning@fd.org
>COUNSEL FOR DEFENDANT