AO 245I (Rev. 11/16)  Judgment in a Criminal Case for a Petty Offense
Sheet 1

1:20-cr-10041-JES-JEH   # 48   Page 1 of 4

E-FILED
Friday, 10 December, 2021 01:42:16 PM
Clerk, U.S. District Court, ILCD

# UNITED STATES DISTRICT COURT
## Central District of Illinois

| UNITED STATES OF AMERICA | Judgment in a Criminal Case |
|---|---|
| v. | (For a Petty Offense) |
| CA'QUINTEZ GIBSON | Case No.  1:20-CR-10041 |
|  | USM No.  23145-026 |
|  | KARL W. BRYNING |
|  | Defendant's Attorney |

FILED
DEC 09 2021
CLERK OF COURT
U.S. DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS

**THE DEFENDANT:**

☑ **THE DEFENDANT** pleaded   ☑ guilty  ☐ nolo contendere to count(s)  1 OF THE INFORMATION

☐ **THE DEFENDANT** was found guilty on count(s) _____

The defendant is adjudicated guilty of these offenses:

| Title & Section | Nature of Offense | Offense Ended | Count |
|---|---|---|---|
| 18 USC 1361 | ATTEMPT DEPRIDATION AGAINST US PROP. | 5/31/2020 | 1 |

The defendant is sentenced as provided in pages 2 through __1__ of this judgment.

☐ **THE DEFENDANT** was found not guilty on count(s) _____

☑ Count(s)  1 OF THE INDICTMENT   ☑ is   ☐ are  dismissed on the motion of the United States.

It is ordered that the defendant must notify the United States attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs, and special assessments imposed by this judgment are fully paid. If ordered to pay restitution, the defendant must notify the court and United States attorney of material changes in economic circumstances.

| | |
|---|---|
| Last Four Digits of Defendant's Soc. Sec. No.:  3653 | 12/9/2021 |
| Defendant's Year of Birth:  1993 | Date of Imposition of Judgment |
|  | s/Jonathan E. Hawley |
| City and State of Defendant's Residence: | |
| ~~East~~ Peoria, Illinois | Signature of Judge |
| Peoria, Il | Jonathan E. Hawley, USMJ |
|  | Name and Title of Judge |
|  | 12/9/2021 |
|  | Date |

DEFENDANT:  CA'QUINTEZ GIBSON
CASE NUMBER:  1:20-CR-10041

Judgment — Page ____ of ____ 1

# CRIMINAL MONETARY PENALTIES

The defendant must pay the total criminal monetary penalties under the schedule of payments on Sheet 4.

|  | **Assessment** | **JVTA Assessment\*** | **Fine** | **Restitution** |
|---|---|---|---|---|
| **TOTALS** | $ 25.00 | $ | ~~$ 600.00~~ 0.00 *(initialed)* | $ |

☐ The determination of restitution is deferred until _____. An *Amended Judgment in a Criminal Case* (AO 245C) will be entered after such determination.

☐ The defendant must make restitution (including community restitution) to the following payees in the amount listed below.

If the defendant makes a partial payment, each payee shall receive an approximately proportioned payment, unless specified otherwise in the priority order or percentage payment column below. However, pursuant to 18 U.S.C. § 3664(i), all nonfederal victims must be paid in full prior to the United States receiving payment.

| **Name of Payee** | **Total Loss\*\*** | **Restitution Ordered** | **Priority or Percentage** |
|---|---|---|---|
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
| **TOTALS** | $ 0.00 | $ 0.00 |  |

☐ Restitution amount ordered pursuant to plea agreement $ _____

☐ The defendant must pay interest on restitution or a fine of more than $2,500, unless the fine or restitution is paid in full before the fifteenth day after the date of the judgment, pursuant to 18 U.S.C. § 3612(f). All of the payment options on Sheet 4 may be subject to penalties for delinquency and default, pursuant to 18 U.S.C. § 3612(g).

☐ The court determined that the defendant does not have the ability to pay interest, and it is ordered that:

  ☐ the interest requirement is waived for  ☐ fine  ☐ restitution.

  ☐ the interest requirement for the  ☐ fine  ☐ restitution is modified as follows:

---

\* Justice for Victims of Trafficking Act of 2015, Pub. L. No. 114-22.
\*\* Findings for the total amount of losses are required under Chapters 109A, 110, 110A, and 113A of Title 18 for offenses committed on or after September 13, 1994, but before April 23, 1996.

AO 245I (Rev. 11/16)   Judgment in a Criminal Case for a Petty Offense
Sheet 5 — Probation

DEFENDANT: CA'QUINTEZ GIBSON  
CASE NUMBER: 1:20-CR-10041

Judgment—Page ____ of __1__

## PROBATION

You are hereby sentenced to probation for a term of:

12 months

### MANDATORY CONDITIONS

1. You must not commit another federal, state or local crime.
2. You must not unlawfully possess a controlled substance.
3. You must refrain from any unlawful use of a controlled substance. You must submit to one drug test within 15 days of placement on probation and at least two periodic drug tests thereafter, as determined by the court.
   - [✓] The above drug testing condition is suspended, based on the court's determination that you pose a low risk of future substance abuse. *(check if applicable)*
4. You must pay the assessment imposed in accordance with 18 U.S.C. § 3013.
5. ~~You must pay the fine in accordance with the Schedule of Payments sheet of this judgment.~~
6. ~~You must notify the court of any material change in your economic circumstances that might affect your ability to pay restitution, fines, or special assessments.~~

AO 245I (Rev. 11/16)   Judgment in a Criminal Case for a Petty Offense
Sheet 5A — Probation

DEFENDANT: CA'QUINTEZ GIBSON
CASE NUMBER: 1:20-CR-10041

Judgment — Page ___ of 1

## STANDARD CONDITIONS OF SUPERVISION

As part of your probation, you must comply with the following standard conditions of supervision. These conditions are imposed because they establish the basic expectations for your behavior while on supervision and identify the minimum tools needed by probation officers to keep informed, report to the court about, and bring about improvements in your conduct and condition.

1. You must report to the probation office for the Central District of Illinois within 72 hours of the time you were sentenced.
2. After initially reporting to the probation office, you will receive instructions from the court or the probation officer about how and when you must report to the probation officer once each calendar month.
3. You must answer truthfully the questions asked by your probation officer.
4. If you plan to change where you live, you must notify the probation officer at least 10 days before the change. If notifying the probation officer in advance is not possible due to unanticipated circumstances, you must notify the probation officer within 72 hours of becoming aware of a change or expected change.
5. If you plan to change where you work or become unemployed, you must notify the probation officer at least 10 days before the change. If notifying the probation officer at least 10 days in advance is not possible due to unanticipated circumstances, you must notify the probation officer within 72 hours of becoming aware of a change or expected change.
6. If you are arrested or questioned by a law enforcement officer, you must notify the probation officer within 72 hours.
7. You must not own, possess, or have access to a firearm or ammunition.
8. You must follow the reasonable instructions of the probation officer related to the conditions of supervision.

**U.S. Probation Office Use Only**

A U.S. probation officer has instructed me on the conditions specified by the court and has provided me with a written copy of this judgment containing these conditions. For further information regarding these conditions, see *Overview of Probation and Supervised Release Conditions*, available at: www.uscourts.gov.

Defendant's Signature _____   Date _____